FILED

2011 NOV 14 PM 3: 25

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-cv-1796-ORL-19 GJK

PEGGY VOLAND,

    Plaintiff,

vs.

GREYHOUND LINES, INC.,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff sues defendant and alleges as follows:

1.     Greyhound Lines, Inc., ("Greyhound"), is a Delaware corporation with its principal place of business in Dallas, Texas. The Defendant provides interstate bus transportation services for passengers and package express.

2.     The Court has subject matter jurisdiction pursuant to 28 U.S.C. 1332(a) because Plaintiff and Defendant are citizens of different States and the amount in controversy exceeds $75,000.00.

3.     Venue in this action properly lies in the Middle District of Florida pursuant to 28 U.S.C. 1391 (a) and (c), as a substantial number of the events giving rise to Plaintiff's claim occurred in this District where her damages accrued. Defendant conducted substantial business in and is subject to personal jurisdiction in Volusia County, Florida, where Plaintiff boarded the bus at Defendant's bus station.

4. Upon information and belief, none of the witnesses on the bus with Plaintiff, and no other witnesses reside in the state where the incident occurred, believed to have been South Carolina. Since there was no collision, no investigation was done where the incident occurred. Plaintiff was not treated in the state where it occurred. Plaintiff resides in and was treated in the Middle District of Florida.

5. On November 3, 2010, Plaintiff boarded Defendant's bus in Daytona Beach, Florida, to travel to Ohio. While the bus was en route to Ohio, Defendant's bus driver negligently slammed on the brakes without good reason causing the bus to suddenly decelerate, or he otherwise negligently operated the bus. Plaintiff was standing and exiting the restroom when the bus suddenly decelerated without warning, causing her to fall.

6. As a result, Plaintiff's head hit the restroom door and she was thrown to the floor of the bus, and she suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical treatment, and aggravation of a preexisting condition. The losses are either permanent or continuing.

WHEREFORE Plaintiff demands judgment for damages and jury trial.

_____
Robert W. Elton
Trial Counsel
Fla. Bar # 122981
1651 N. Clyde Morris Blvd.
Suite 2
Daytona Beach, FL 32117
(386) 274-2229
relton@eltonlaw.com