UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PEGGY VOLAND,                                  CASE NO. 6:11-cv-01796-PCF-GJK

        Plaintiff,

v.

GREYHOUND LINES, INC.,

        Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT AND
## STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff PEGGY VOLAND and Defendant GREYHOUND LINES, INC., by and through their respective undersigned counsel, pursuant to Middle District Local Rule 3.08(a), and hereby notify the Court of the parties' settlement of all claims in this matter pursuant to a mediated agreement entered on October 4, 2012.

Further, Plaintiff and Defendant respectfully request that the Court enter an Order pursuant to rule 41(a)(2), Federal Rule of Civil Procedure,  dismissing this action with prejudice with each party to bear its own costs and attorneys' fees.

*(This space intentionally left blank.)*

Case No. 6:11-cv-01796-PCF-GJK

Respectfully submitted,

s/ Elizabeth Collins Plummer
COLE, SCOTT & KISSANE, P.A.
WILLIAM A. DAVIS
FBN:  118346
ELIZABETH COLLINS PLUMMER
FBN:  0333580
Attorneys for Defendant
1900 Summit Tower Blvd., Suite 750
Orlando, Florida 32810
Primary
E-mail: Elizabeth.plummer@csklegal.com
Secondary E-mail:
Tania.aleman@csklegal.com
Telephone: (321) 972-0018
Facsimile: (321) 972-0099

and

s/ Robert W. Elton
Robert W. Elton
FBN:  122981
Attorney for Plaintiff
1651 N. Clyde Morris Blvd. Suite #2
Daytona Beach, FL  32117
Email: relton@eltonlaw.com
Telephone: (386) 274-2229

Case No. 6:11-cv-01796-PCF-GJK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _18_ day of October, 2012, I electronically filed the foregoing with the United States District Court Middle District of Florida which will send a notice of electronic filing to **Robert A. Elton, Esq.** 1651 N. Clyde Morris Boulevard, Suite 2, Daytona Beach, FL 32117, Attorney for Plaintiff.

s/ Elizabeth Collins Plummer
COLE, SCOTT & KISSANE, P.A.
WILLIAM A. DAVIS
FBN: 118346
ELIZABETH COLLINS PLUMMER
FBN: 0333580
Attorneys for Defendant
1900 Summit Tower Blvd., Suite 750
Orlando, Florida 32810
Primary
E-mail:
Elizabeth.plummer@csklegal.com
Secondary E-mail:
Tania.aleman@csklegal.com
Telephone: (321) 972-0018
Facsimile: (321) 972-0099

\\orl-file\casefiles\2204-0057-00\p\notice of settlement.doc